**POLI, MOON & ZANE, PLLC**
Michael N. Poli (State Bar No. 006431)
MPoli@pmzlaw.com
Lawrence R. Moon (State Bar No. 017000)
lmoon@pmzlaw.com
2999 North 44th Street, Suite 325
Phoenix, Arizona 85018
Telephone: (602) 857-8180
Facsimile: (602) 857-7333

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey C. Gehrmann, married man, | No. CV-21-00589-PHX-GMS |
| Plaintiff, | |
| v. | |
| Knight-Swift Transportation Holdings Inc. f/k/a Swift transportation Co. LLC, a foreign corporation or limited liability company, CR England Inc., a foreign corporation, Mohave Transportation Insurance Co., a foreign corporation, and Interstate Equipment Leasing Inc., a foreign limited liability company, | **NOTICE OF SETTLEMENT** |
| Defendants. | |

      Plaintiff Jeffrey C. Gehrmann, by and through his undersigned counsel, hereby notifies this Court that the parties have reached a full and final settlement of their respective claims in the above-captioned matter.

      The parties are in the process of finalizing and documenting the settlement, and anticipate filing a Stipulation for Dismissal Without Prejudice within the next 60 days. Accordingly, the parties respectfully request that the Court stay all pending deadlines, and vacate the Telephonic Status Conference set for April 23, 2021 (at 10:00 a.m.).

/ / /

/ / /

DATED this 22nd day of April 2021.

**POLI, MOON & ZANE, PLLC**

By /s/ Michael N. Poli
Michael N. Poli
Lawrence R. Moon
2999 North 44th Street, Suite 325
Phoenix, Arizona 85018
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing, and served copies of the same upon the following parties, via email, addressed as follows:

Antoni H. Froehling
FROEHLING HENDRICKS PLLC
510 East Main, Suit F
Puyallup, Washington 98372
toni@froehlinglaw.com
*Attorney for Plaintiff Jeffrey C. Gehrmann*

Timothy D. Shea
Colin J. Troy
WOOD, SMITH, HENNING & BERMAN LLP
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
tshea@wshblaw.com
ctroy@wshblaw.com
*Attorneys for Defendants Knight-Swift Transportation Holdings Inc., Mohave Transportation Insurance Co., and Interstate Equipment Leasing, Inc.*

Lesli S. Wood
Katherine B. White
WILSON SMITH COCHRAN DICKERSON
901 5th Avenue, Suite 1700
Seattle, Washington 98164
wood@wscd.com
white@wscd.com
*Attorneys for Defendant CR England, Inc.*

/s/ Linda Lieber